UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN DAVID ENTO,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO POLICE DEPARTMENT,<br><br>Defendant. | No. 2:14-cv-1545 CKD P<br><br>ORDER and FINDINGS & RECOMMENDATIONS |

     By an order filed July 3, 2014, plaintiff was ordered to file a copy of his prison trust account statement for the six month period immediately preceding the filing of his complaint. The thirty day period has now expired, and plaintiff has not responded to the court's order.

     Accordingly, IT IS HEREBY ORDERED that the Clerk shall assign a district judge to this action.

     IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

     These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified

/////

1 time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153

2 (9th Cir. 1991).

3 Dated: August 14, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
wood0570.fifp

2